PER CURIAM.
Affirmed. See Baker v. State, 878 So.2d 1236 (Fla.2004); State v. King, 426 So.2d 12 (Fla.1982); Bizzell v. State, 912 So.2d 386 (Fla. 2d DCA 2005); State v. Broom, 523 So.2d 639 (Fla. 2d DCA 1988); Branch v. State, 990 So.2d 585 (Fla. 3d DCA 2008); Thier v. State, 967 So.2d 259 (Fla. 3d DCA 2007); Broom v. State, 907 So.2d 1261 (Fla. 3d DCA 2005).
DAVIS, C.J., and CRENSHAW and BLACK, JJ., Concur.